**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TEXAS HILL COUNTRY LANDSCAPING
INC. D/B/A ORGANIC QUALITY
PRODUCTS, MORNING STAR FARMS,
AND NORTHWEST RECYCLING, LLC, *on
behalf of themselves and all others similarly
situated,*

        Plaintiffs

 v.

CATERPILLAR INC.,

        Defendant.

**CASE NO. : 1:20-CV-00227**

**HONORABLE JOAN B.
GOTTSCHALL**

## JOINT FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) DISMISSAL

 Plaintiffs Texas Hill Country Landscaping Inc. d/b/a Organic Quality Products and

Morning Star Farms, by and through undersigned counsel, and Defendant, Caterpillar, Inc.,

hereby move this Court for entry of dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1)(ii). A proposed order is attached as Exhibit A.

 While dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) does not require court

approval given no class has been certified in this action, *see* Fed. R. Civ. P. 23(e), out of an

abundance of caution, Plaintiffs offer to this Court that it is dismissing this Lawsuit because

Caterpillar has repaired many of the at-issue engines via its service letter repair program and is

continuing to do so. *See, e.g., Campos v. Sethness*, No. 99-c-2693, 2000 WL 420745, at

*2 (N.D. Ill. Apr. 12, 2000) (allowing for dismissal of claims under the pre-2003 Federal Rule of

Civil Procedure 23(e) regime when "changed circumstances" suggest that dismissal is

appropriate).

Dated:                          Respectfully submitted,

_Attorneys for Plaintiffs_                          _Attorneys for Defendant_

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Kenneth S. Byrd
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone: 615-313-9000

Jason L. Lichtman
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500

CLIFFORD LAW OFFICES
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090

SERNA & ASSOCIATES PLLC
Enrique G. Serna
9901 IH10 West
Suite 800
San Antonio, TX 78230

THE POWELL LAW FIRM
Jon Powell
Mickey Johnson
1148 East Commerce Street
San Antonio, TX 78205
Telephone: 210-225-9300

_Attorneys for Plaintiffs and Class_

Susan E. Groh
McGuireWoods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60201
Telephone: 312-849-8100
sgroh@mcguirewoods.com

Diane P. Flannery
Andrew F. Gann, Jr.
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804-775-1015
dflannery@mcguirewoods.com
agann@mcguirewoods.com

_Attorneys for Caterpillar, Inc._

**<u>CERTIFICATE OF SERVICE</u>**

I, Jason L. Lichtman, an attorney, hereby certify that this JOINT FEDERAL RULE OF

CIVIL PROCEDURE 41(a)(l)(ii) DISMISSAL was electronically filed on June 21, 2022, and

will be served electronically via the Court's ECF Notice system upon the registered parties of

record.

Respectfully submitted,

Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
jlichtman@lchb.com